FREDERICK D. LOSEY, Respondent, v. EDMUND FITZGERALD, Appellant.— Order reversed, with costs and disbursements, and motion denied, and the verdict

reinstated. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.